

**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Kevin Lindsey
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5593
klindsey@oandzlaw.com

May 22, 2023

**VIA EMAIL**

NameSilo, L.L.C.
8825 N. 23rd Ave Suite 100
Phoenix, Arizona 85021
abuse@namesilo.com

Re:   Copyright Infringement by afkebooks.com and gradespush.com

Dear Sir or Madam:

We are outside counsel for McGraw Hill LLC, Elsevier Inc., Pearson Education, Inc., Bedford Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, and Cengage Learning, Inc. (collectively, the "Publishers"), five of the leading higher education publishing companies. We write concerning an urgent matter of copyright infringement by two websites using NameSilo's services.

The websites located at afkebooks.com ("Afkebooks") with associated email addresses angelrees2545@hotmail.com, jamieharpericmc2@gmail.com, admin@afkebooks.com, and afkebooks@gmail.com, and gradespush.com ("Gradespush," together with Afkebooks, the "Sites"), with associated email address gradespush.21@gmail.com, are devoted to copyright infringement, including, without limitation, the infringement of the Publishers' textbooks and other registered copyrighted works. This concerns NameSilo because Sites use NameSilo's registrar services. Not only do the Site's activities blatantly violate U.S. copyright law, but they are also in conflict with the NameSilo Terms of Service.

The Sites' unlawful activity is obvious and egregious. As of February 9, 2023, Afkebooks sold, or listed for sale, wholly unauthorized, digital copies of over 5,500 of the Publishers' works (see Attachment A for a sample of infringing URLs from Afkebooks). And as of April 26, 2023, Gradespush sold, or listed for sale, wholly unauthorized, digital copies of over 5,800 of the Publishers' works (see Attachment B for a sample of infringing URLs from Gradespush). Please note that these lists do not represent an exhaustive description of the Sites' infringement.

I have a good faith belief that use of the material in the manner complained of herein is not authorized by the Publishers, its agents, or the law and that the information provided herein is accurate. Under penalty of perjury, I state that I am authorized to act on behalf of the Publishers, who are the owners of the exclusive copyright rights allegedly infringed.

In light of the above circumstances, we ask that NameSilo discontinue allowing Afkebooks and Gradespush to use its services for this infringing activity. Once you receive this letter, please contact us to confirm that NameSilo will take these steps to preclude NameSilo's services from being used to facilitate the infringing activity.

Should you have any questions or need additional information, you may reach me at the above telephone number and email address. Please note that nothing herein is intended to be, or shall be construed as, any form of limitation or waiver of any rights, claims, or remedies, all of which are hereby expressly reserved. Thank you for your cooperation and attention to this matter.

Sincerely,

*/s/ Kevin Lindsey*

Kevin Lindsey

Attachments

**Attachment A**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Cengage | 9781285073057 | 2012 Coding Workbook for the Physician's Office | https://afkebooks.com/product/vip2012-coding-workbook-for-the-physicians-office/ |
| Cengage | 9781133591931 | 2012 ICD-10-CM and ICD-10-PCS Workbook | https://afkebooks.com/product/vip2012-icd-10-cm-and-icd-10-pcs-workbook/ |
| Cengage | 9781285433721 | 2014 ICD-10-CM and ICD-10-PCS Workbook | https://afkebooks.com/product/vip2014-icd-10-cm-icd-10-pcs-workbook/ |
| Cengage | 9781111541200 | Adaptive Radiography with Trauma, Image Critique and Critical Thinking | https://afkebooks.com/product/vipadaptive-radiography-trauma-image-critique-critical-thinking/ |
| Cengage | 9781285605623 | Administrative Medical Assisting, 7th Edition | https://afkebooks.com/product/vipadministrative-medical-assisting-7th-edition/ |
| Cengage | 9781285401133 | Advanced Nutrition and Human Metabolism, 6th Edition | https://afkebooks.com/product/vipadvanced-nutrition-and-human-metabolism-6th-edition/ |
| Cengage | 9780357449813 | Advanced Nutrition and Human Metabolism, 8th Edition (MindTap Course List) | https://afkebooks.com/product/advanced-nutrition-and-human-metabolism-8th-edition-mindtap-course-list-original-pdf-from-publisher/ |
| Cengage | 9780357728345 | An Invitation to Health, 20th Edition (MindTap Course List) | https://afkebooks.com/product/an-invitation-to-health-20th-edition-mindtap-course-list-original-pdf-from-publisher/ |
| Cengage | 9780357727904 | An Invitation to Health, Brief Edition, 12th Edition (MindTap Course List) | https://afkebooks.com/product/an-invitation-to-health-brief-edition-12th-edition-mindtap-course-list-original-pdf-from-publisher/ |
| Cengage | 9780357461174 | Anatomy & Physiology for Health Professions (Mindtap Course List) | https://afkebooks.com/product/anatomy-physiology-for-health-professions-mindtap-course-list-original-pdf-from-publisher/ |
| Cengage | 9781285400013 | Basic Clinical Laboratory Techniques, 6e | https://afkebooks.com/product/vipbasic-clinical-laboratory-techniques-6e/ |
| Cengage | 9781337912297 | Basic Infection Control for Health Care Professionals (MindTap Course List), 3rd Edition | https://afkebooks.com/product/basic-infection-control-for-health-care-professionals-mindtap-course-list-3rd-edition-original-pdf-from-publisher/ |
| Cengage | 9780357366271 | Becoming a Helper (MindTap Course List) | https://afkebooks.com/product/becoming-a-helper-mindtap-course-list-original-pdf-from-publisher/ |
| Cengage | 9781133109631 | Biocalculus: Calculus for Life Sciences | https://afkebooks.com/product/premiumbiocalculus-calculus-for-life-sciences/ |
| Cengage | 9781133106296 | Biochemistry, 5th Edition (Garrett, Grisham) | https://afkebooks.com/product/vipbiochemistry-5th-edition-garrett-grisham/ |
| Cengage | 9781285429106 | Biochemistry, 8th Edition (Campbell) | https://afkebooks.com/product/vipbiochemistry-8th-edition-campbell/ |
| Cengage | 9781285401027 | Biology of Women, 5th Edition | https://afkebooks.com/product/vipbiology-of-women-5th-edition/ |
| Cengage | 9781285402277 | Biology Today and Tomorrow with Physiology 4th | https://afkebooks.com/product/vipbiology-today-tomorrow-physiology-4th/ |
| Cengage | 9781337392938 | Biology, 11th Edition | https://afkebooks.com/product/biology-11th-edition-pdf/ |
| Cengage | 9781285427836 | Biology: Concepts and Applications without Physiology, 9th Edition | https://afkebooks.com/product/premiumbiology-concepts-and-applications-without-physiology-9th-edition/ |
| Elsevier | 9780128227862 | "Venomous" Bites from "Non-Venomous" Snakes, 2nd Edition | https://afkebooks.com/product/venomous-bites-from-non-venomous-snakes-2nd-edition-original-pdf-from-publisher/ |
| Elsevier | 9780323356374 | 100 Case Reviews in Neurosurgery | https://afkebooks.com/product/100-case-reviews-in-neurosurgery-original-pdf-from-publisher/ |
| Elsevier | 9780128200506 | 100 Years of Human Chorionic Gonadotropin: Reviews and New Perspectives | https://afkebooks.com/product/100-years-of-human-chorionic-gonadotropin-reviews-and-new-perspectives-original-pdf-from-publisher/ |
| Elsevier | 9781455745265 | 2013 HCPCS Level II Professional Edition | https://afkebooks.com/product/vip2013-hcpcs-level-ii-professional-edition/ |
| Elsevier | 9781455774210 | 2013 ICD-10-CM Draft Edition | https://afkebooks.com/product/vip2013-icd-10-cm-draft-edition/ |
| Elsevier | 9781455774876 | 2013 ICD-10-PCS Draft | https://afkebooks.com/product/vip2013-icd-10-pcs-draft/ |
| Elsevier | 9781455759958 | 2013 ICD-9-CM for Hospitals, Volumes 1, 2 and 3 Professional Edition | https://afkebooks.com/product/vip2013-icd-9-cm-for-hospitals-volumes-1-2-and-3-professional-edition/ |
| Elsevier | 9781455770021 | 2013 ICD-9-CM for Physicians, Volumes 1 and 2, Standard Edition | https://afkebooks.com/product/vip2013-icd-9-cm-for-physicians-volumes-1-and-2-standard-edition/ |

1

**Attachment A**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Elsevier | 9781455722907 | 2014 ICD-10-CM Draft Edition | https://afkebooks.com/product/vip2014-icd-10-cm-draft-edition/ |
| Elsevier | 9781455722891 | 2014 ICD-10-PCS Draft Edition | https://afkebooks.com/product/vip2014-icd-10-pcs-draft-edition/ |
| Elsevier | 9780323277372 | 2014 ICD-9-CM for Hospitals (Standard Edition) | https://afkebooks.com/product/vip2014-icd-9-cm-for-hospitals-standard-edition/ |
| Elsevier | 9780323084802 | 2014 Intravenous Medications: A Handbook for Nurses and Health 30th | https://afkebooks.com/product/vip2014-intravenous-medications-handbook-nurses-health-30th/ |
| Elsevier | 9780323084758 | 2015 Intravenous Medications: A Handbook for Nurses and Health Professionals, 31st Edition | https://afkebooks.com/product/vip2015-intravenous-medications-a-handbook-for-nurses-and-health-professionals-31st-edition/ |
| Elsevier | 9780323296601 | 2016 Intravenous Medications: A Handbook for Nurses and Health Professionals, 32e | https://afkebooks.com/product/vip2016-intravenous-medications-a-handbook-for-nurses-and-health-professionals-32e/ |
| Elsevier | 9780323297394 | 2017 Intravenous Medications: A Handbook for Nurses and Health Professionals, 33rd Edition | https://afkebooks.com/product/2017-intravenous-medications-a-handbook-for-nurses-and-health-professionals-33rd-edition-pdf/ |
| Elsevier | 9780323653916 | 3-Dimensional Modeling in Cardiovascular Disease | https://afkebooks.com/product/3-dimensional-modeling-in-cardiovascular-disease-original-pdf-from-publisher/ |
| Elsevier | 9780323908719 | 3D Lung Models for Regenerating Lung Tissue | https://afkebooks.com/product/3d-lung-models-for-regenerating-lung-tissue-original-pdf-from-publisher/ |
| Elsevier | 9780128039175 | 3D Printing Applications in Cardiovascular Medicine | https://afkebooks.com/product/3d-printing-applications-in-cardiovascular-medicine-pdf/ |
| Elsevier | 9780128158906 | 3D Printing Technology in Nanomedicine | https://afkebooks.com/product/3d-printing-technology-in-nanomedicine/ |
| Elsevier | 9780323661935 | 3D Printing: Applications in Medicine and Surgery Volume 2 | https://afkebooks.com/product/3d-printing-applications-in-medicine-and-surgery-volume-2-original-pdf-from-publisher/ |
| Elsevier | 9780323777247 | A Comprehensive Guide to Hidradenitis Suppurativa | https://afkebooks.com/product/a-comprehensive-guide-to-hidradenitis-suppurativa-original-pdf-from-publisher/ |
| Macmillan | 9781464137198 | Abnormal Psychology - DSM-5 Update, 8th Edition | https://afkebooks.com/product/premiumabnormal-psychology-dsm-5-update-8th-edition/ |
| Macmillan | 9781464187971 | Absolute, Ultimate Guide to Principles of Biochemistry Study Guide and Solutions Manual, 7th Edition | https://afkebooks.com/product/absolute-ultimate-guide-to-principles-of-biochemistry-study-guide-and-solutions-manual-7th-edition-epub/ |
| Macmillan | 9781319107376 | An Introduction to Brain and Behavior, Sixth Edition | https://afkebooks.com/product/an-introduction-to-brain-and-behavior-sixth-edition-epub/ |
| Macmillan | 9781464126109 | Biochemistry, 8th Edition (Berg, Stryer) | https://afkebooks.com/product/premiumbiochemistry-8th-edition-berg-stryer-original-pdf-from-publisher/ |
| Macmillan | 9781319067793 | Biology: How Life Works, 2nd Edition | https://afkebooks.com/product/biology-how-life-works-2nd-edition-pdf/ |
| Macmillan | 9781429288972 | Chemical Principles, 6th Edition | https://afkebooks.com/product/premiumchemical-principles-6th-edition/ |
| Macmillan | 9781429242271 | Essentials of Statistics for the Behavioral Sciences, 2nd Edition | https://afkebooks.com/product/premiumessentials-of-statistics-for-the-behavioral-sciences-2nd-edition/ |
| Macmillan | 9781464111723 | Exploring Psychology, 9th Edition | https://afkebooks.com/product/premiumexploring-psychology-9th-edition/ |
| Macmillan | 9781429295635 | Fundamentals of Abnormal Psychology, 7th Edition | https://afkebooks.com/product/premiumfundamentals-of-abnormal-psychology-7th-edition-original-pdf-from-publisher/ |
| Macmillan | 9781319247218 | Fundamentals of Abnormal Psychology, Tenth Edition | https://afkebooks.com/product/fundamentals-of-abnormal-psychology-tenth-edition-epub-converted-pdf/ |
| Macmillan | 9781464190759 | Genetics Essentials: Concepts and Connections, 3rd Edition | https://afkebooks.com/product/genetics-essentials-concepts-and-connections-3rd-edition-pdf/ |
| Macmillan | 9781319244927 | Genetics Essentials: Concepts and Connections, 5th edition | https://afkebooks.com/product/genetics-essentials-concepts-and-connections-5th-edition-epub/ |
| Macmillan | 9781319216801 | Genetics: A Conceptual Approach, 7th edition | https://afkebooks.com/product/genetics-a-conceptual-approach-7th-edition-epubconverted-pdf/ |

**Attachment A**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Macmillan | 9780230293663 | Inscription, Diagnosis, Deception and the Mental Health Industry: How Psy Governs Us All | https://afkebooks.com/product/inscription-diagnosis-deception-mental-health-industry-psy-governs-us/ |
| Macmillan | 9781319114787 | Introduction to Genetic Analysis, 12th edition | https://afkebooks.com/product/introduction-to-genetic-analysis-12th-edition-epubconverted-pdf/ |
| Macmillan | 9781464189784 | Kuby Immunology, 8th Edition | https://afkebooks.com/product/kuby-immunology-8th-edition-epub/ |
| Macmillan | 9781429234146 | Lehninger Principles of Biochemistry, 6th Edition | https://afkebooks.com/product/premiumlehninger-principles-of-biochemistry-6th-edition-original-pdf-from-publisher/ |
| Macmillan | 9781464126116 | Lehninger Principles of Biochemistry, 7th Edition | https://afkebooks.com/product/lehninger-principles-of-biochemistry-7th-edition-epub/ |
| Macmillan | 9781464141232 | Life: The Science of Biology, 10th Edition | https://afkebooks.com/product/viplife-the-science-of-biology-10th-edition/ |
| Macmillan | 9781319017644 | Life: The Science of Biology, 12th Edition | https://afkebooks.com/product/life-the-science-of-biology-12th-edition-original-pdf-from-publisher/ |
| Macmillan | 9781429234139 | Molecular Cell Biology, 7th Edition (Lodish) | https://afkebooks.com/product/premiummolecular-cell-biology-7th-edition-lodish-original-pdf-from-publisher/ |
| McGraw Hill | 9780071636117 | 2012-2013 Top 300 Pharmacy Drug Cards (LANGE FlashCards) | https://afkebooks.com/product/premium2012-2013-top-300-pharmacy-drug-cards-lange-flashcards/ |
| McGraw Hill | 9780071840347 | 5 Steps to a 5 AP Biology, 2015 Edition | https://afkebooks.com/product/vip5-steps-5-ap-biology-2015-edition/ |
| McGraw Hill | 9781260467000 | 5 Steps to a 5: AP Psychology 2021 Elite Student Edition (5 Steps to a 5 Ap Psychology Elite) | https://afkebooks.com/product/5-steps-to-a-5-ap-psychology-2021-elite-student-edition-5-steps-to-a-5-ap-psychology-elite-original-pdf-from-publisher/ |
| McGraw Hill | 9781260568745 | A Topical Approach to Lifespan Development, 9th Edition | https://afkebooks.com/product/a-topical-approach-to-lifespan-development-9th-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9781260547900 | Abnormal Psychology, 8th Edition | https://afkebooks.com/product/abnormal-psychology-8th-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9780071804172 | ABSITE Slayer | https://afkebooks.com/product/premiumabsite-slayer/ |
| McGraw Hill | 9781260458282 | ABSITE Slayer, 2nd Edition | https://afkebooks.com/product/absite-slayer-2nd-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9781260048988 | Acquiring Medical Language, 2nd Edition | https://afkebooks.com/product/acquiring-medical-language-2nd-edition-epub/ |
| McGraw Hill | 9781260092059 | Acquiring Medical Language, 2nd Edition | https://afkebooks.com/product/acquiring-medical-language-2nd-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9780071842617 | Adams and Victor's Principles of Neurology 11th Edition | https://afkebooks.com/product/adams-and-victors-principles-of-neurology-11th-edition-epub/ |
| McGraw Hill | 9780071794794 | Adams and Victor's Principles of Neurology, 10th Edition | https://afkebooks.com/product/premiumadams-victors-principles-neurology-10th-edition-original-pdf-publisher/ |
| McGraw Hill | 9781259288913 | Administering Medications, 8th Edition | https://afkebooks.com/product/premiumadministering-medications-8th-edition/ |
| McGraw Hill | 9780071781893 | Adult Chest Surgery, 2nd Edition | https://afkebooks.com/product/premiumadult-chest-surgery-2nd-edition/ |
| McGraw Hill | 9780071597715 | Aesthetic Head and Neck Surgery (Mcgraw-Hill Plastic Surgery Atlas) | https://afkebooks.com/product/premiumaesthetic-head-neck-surgery-mcgraw-hill-plastic-surgery-atlas-original-pdf-publisher/ |
| McGraw Hill | 9780071318105 | Anatomy & Physiology with Integrated Study Guide, 5th edition | https://afkebooks.com/product/premiumanatomy-physiology-with-integrated-study-guide-5th-edition/ |
| McGraw Hill | 9781259398629 | Anatomy & Physiology: An Integrative Approach, 3rd Edition | https://afkebooks.com/product/anatomy-physiology-an-integrative-approach-3rd-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9781260265217 | Anatomy & Physiology: An Integrative Approach, 4th Edition | https://afkebooks.com/product/anatomy-physiology-an-integrative-approach-4th-edition-original-pdf-from-publisher/ |
| McGraw Hill | 9780077474171 | Anatomy & Physiology: Foundations for the Health Professions | https://afkebooks.com/product/premiumanatomy-physiology-foundations-health-professions/ |
| McGraw Hill | 9780073403717 | Anatomy & Physiology: The Unity of Form and Function, 7th Edition | https://afkebooks.com/product/vip-anatomy-physiology-the-unity-of-form-and-function-7th-edition-original-pdf-from-publisher/ |

3

**Attachment A**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| McGraw Hill | 9780078097294 | Anatomy and Physiology with Integrated Study Guide, 6th Edition | https://afkebooks.com/product/premiumanatomy-and-physiology-with-integrated-study-guide-6th-edition/ |
| McGraw Hill | 9780071495721 | Anatomy for Strength and Fitness Training for Women | https://afkebooks.com/product/anatomy-for-strength-and-fitness-training-for-women-epub/ |
| Pearson | 9780132653060 | 100 Orthopedic Cases | https://afkebooks.com/product/vip100-orthopedic-cases/ |
| Pearson | 9780133824193 | 12-Lead ECG for Acute and Critical Care Providers (1st Edition) | https://afkebooks.com/product/vip12-lead-ecg-for-acute-and-critical-care-providers-1st-edition/ |
| Pearson | 9780132386395 | A Companion to the Overseas Nurses Programme | https://afkebooks.com/product/vipa-companion-to-the-overseas-nurses-programme/ |
| Pearson | 9780134995502 | A Guided Approach to Intermediate and Advanced Coding | https://afkebooks.com/product/vipa-guided-approach-to-intermediate-and-advanced-coding/ |
| Pearson | 9780205036066 | Abnormal Child and Adolescent Psychology, 8th Edition | https://afkebooks.com/product/premiumabnormal-child-and-adolescent-psychology-8th-edition/ |
| Pearson | 9780134420127 | Advanced EMT | https://afkebooks.com/product/premiumadvanced-emt/ |
| Pearson | 9780135424025 | An Introduction to Psychological Science, Third Canadian Edition | https://afkebooks.com/product/an-introduction-to-psychological-science-third-canadian-edition-original-pdf-from-publisher/ |
| Pearson | 9780134156415 | Anatomy & Physiology (6th Edition) (Marieb) | https://afkebooks.com/product/anatomy-physiology-6th-edition-marieb/ |
| Pearson | 9780135168042 | Anatomy & Physiology (Elaine Marieb) (7th Edition) | https://afkebooks.com/product/anatomy-physiology-elaine-marieb-7th-edition-original-pdf-from-publisher/ |
| Pearson | 9780321861580 | Anatomy & Physiology (Marieb) (5th Edition) | https://afkebooks.com/product/premiumanatomy-physiology-marieb-5th-edition/ |
| Pearson | 9780133857641 | Anatomy & Physiology for Health Professions, 3rd Edition | https://afkebooks.com/product/premiumanatomy-physiology-for-health-professions-3rd-edition-original-pdf-from-publisher/ |
| Pearson | 9780321960771 | Anatomy and Physiology Coloring Workbook: A Complete Study Guide, 11th Edition | https://afkebooks.com/product/vipanatomy-physiology-coloring-workbook-complete-study-guide-11th-edition/ |
| Pearson | 9780273758143 | Anatomy and Physiology for Nursing and Healthcare Professionals, 2nd Edition | https://afkebooks.com/product/anatomy-and-physiology-for-nursing-and-healthcare-professionals-2nd-edition-original-pdf-from-publisher/ |
| Pearson | 9780133100501 | Anatomy, Physiology, & Disease - An Interactive Journey for Health Professions (2nd Edition) | https://afkebooks.com/product/premiumanatomy-physiology-disease-an-interactive-journey-for-health-professions-2nd-edition/ |
| Pearson | 9780134158129 | Anatomy, Physiology, and Disease: An Interactive Journey for Health Professions (2nd Edition) | https://afkebooks.com/product/anatomy-physiology-disease-interactive-journey-health-professions-2nd-edition/ |
| Pearson | 9780133376388 | Aphasia and Related Cognitive-Communicative Disorders (The Allyn & Bacon Communication Sciences and Disorders) | https://afkebooks.com/product/vipaphasia-and-related-cognitive-communicative-disorders-the-allyn-bacon-communication-sciences-and-disorders/ |
| Pearson | 9780135206522 | Assessment in Early Childhood Education, 8th Edition | https://afkebooks.com/product/assessment-in-early-childhood-education-8th-edition-original-pdf-from-publisher/ |
| Pearson | 9781292035246 | Basic Arrhythmias (7th Edition) (EKG) | https://afkebooks.com/product/premiumbasic-arrhythmias-7th-edition-ekg/ |
| Pearson | 9780134380995 | Basic Arrhythmias (8th Edition) | https://afkebooks.com/product/basic-arrhythmias-8th-edition-pdf/ |
| Pearson | 9780134138046 | Basic Chemistry (5th Edition) (Timberlake) | https://afkebooks.com/product/basic-chemistry-5th-edition-timberlake/ |
| Pearson | 9780135259498 | Becker's World of the Cell, 10th Edition | https://afkebooks.com/product/beckers-world-of-the-cell-10th-edition-original-pdf-from-publisher/ |

4

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Cengage | 9781305503076 | Basics of Social Research 7th Edition Babbie Test Bank | https://gradespush.com/shop/basics-of-social-research-7th-edition-babbie-test-bank/ |
| Cengage | 9781305960510 | Biology Organisms and Adaptations 1st Edition Noyd Test Bank | https://gradespush.com/shop/test-bank-biology-organisms-adaptations-1st-edition-noyd/ |
| Cengage | 9781111521226 | A Brief Orientation to Counseling 1st Edition Neukrug Test Bank | https://gradespush.com/shop/test-bank-brief-orientation-counseling-1st-edition-neukrug/ |
| Cengage | 9781133938934 | A Guidance Approach for the Encouraging Classroom 6th Edition Dan Gartrell Solutions Manual | https://gradespush.com/shop/solutions-guidance-approach-encouraging-classroom-6th-edition-dan-gartrell/ |
| Cengage | 9781133938934 | A Guidance Approach for the Encouraging Classroom 6th Edition Dan Gartrell Test Bank | https://gradespush.com/shop/test-bank-guidance-approach-encouraging-classroom-6th-edition-dan-gartrell/ |
| Cengage | 9781133187820 | A Guide to Computer User Support for Help Desk and Support Specialists 5th Edition Fred Beisse Solutions Manual | https://gradespush.com/shop/solutions-guide-computer-user-support-help-desk-support-specialists-5th-edition-fred-beisse/ |
| Cengage | 9781285770192 | Cengage Advantage Books Business Law Text and Cases An Accelerated Course 1st Edition Miller Test Bank | https://gradespush.com/shop/test-bank-cengage-advantage-books-business-law-text-cases-accelerated-course-1st-edition-miller/ |
| Cengage | 9781133187820 | A Guide to Computer User Support for Help Desk and Support Specialists 5th Edition Fred Beisse Test Bank | https://gradespush.com/shop/test-bank-guide-computer-user-support-help-desk-support-specialists-5th-edition-fred-beisse/ |
| Cengage | 9781111823450 | Financial Accounting An Introduction to Concepts Methods and Uses 14th Edition Weil Solutions Manual | https://gradespush.com/shop/solutions-financial-accounting-introduction-concepts-methods-uses-14th-edition-weil/ |
| Cengage | 9781285770178 | Cengage Advantage Books Business Law Text and Cases Commercial Law for Accountants 1st Edition Miller Solutions Manual | https://gradespush.com/shop/solutions-cengage-advantage-books-business-law-text-cases-commercial-law-accountants-1st-edition-miller/ |
| Cengage | 9781111527273 | A Guide to SQL 9th Edition Pratt Solutions Manual | https://gradespush.com/shop/solutions-guide-sql-9th-edition-pratt/ |
| Cengage | 9781111527273 | A Guide to SQL 9th Edition Pratt Test Bank | https://gradespush.com/shop/test-bank-guide-sql-9th-edition-pratt/ |
| Cengage | 9781285770178 | Cengage Advantage Books Business Law Text and Cases Commercial Law for Accountants 1st Edition Miller Test Bank | https://gradespush.com/shop/test-bank-cengage-advantage-books-business-law-text-cases-commercial-law-accountants-1st-edition-miller/ |
| Cengage | 9781111823450 | Financial Accounting An Introduction to Concepts Methods and Uses 14th Edition Weil Test Bank | https://gradespush.com/shop/test-bank-financial-accounting-introduction-concepts-methods-uses-14th-edition-weil/ |
| Cengage | 9781285770185 | Cengage Advantage Books Business Law Text and Cases The First Course 1st Edition Miller Solutions Manual | https://gradespush.com/shop/solutions-cengage-advantage-books-business-law-text-cases-first-course-1st-edition-miller/ |
| Cengage | 9781285770185 | Cengage Advantage Books Business Law Text and Cases The First Course 1st Edition Miller Test Bank | https://gradespush.com/shop/test-bank-cengage-advantage-books-business-law-text-cases-first-course-1st-edition-miller/ |
| Cengage | 9781133625957 | Cengage Advantage Books Business Law Text and Exercises 7th Edition Miller Solutions Manual | https://gradespush.com/shop/solutions-cengage-advantage-books-business-law-text-exercises-7th-edition-miller/ |

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Cengage | 9781133625957 | Cengage Advantage Books Business Law Text and Exercises 7th Edition Miller Test Bank | https://gradespush.com/shop/test-bank-cengage-advantage-books-business-law-text-exercises-7th-edition-miller/ |
| Cengage | 9781305087859 | Cengage Advantage Books Business Law The First Course Summarized Case Edition 1st Edition Miller Solutions Manual | https://gradespush.com/shop/solutions-cengage-advantage-books-business-law-first-course-summarized-case-edition-1st-edition-miller/ |
| Elsevier | 9781856177948 | Hispanic Marketing Connecting with the New Latino Consumer 2nd Edition Korzenny Test Bank | https://gradespush.com/shop/hispanic-marketing-connecting-with-the-new-latino-consumer-2nd-edition-korzenny-test-bank/ |
| Elsevier | 9780323296090 | Managing Public Safety Technology Deploying Systems in Police Courts Corrections and Fire Organizations 1st Edition Rose Test Bank | https://gradespush.com/shop/managing-public-safety-technology-deploying-systems-in-police-courts-corrections-and-fire-organizations-1st-edition-rose-test-bank/ |
| Elsevier | 9780123819765 | Game Physics Engine Development How to Build a Robust Commercial Grade Physics Engine for your Game 1st Edition Millington Solutions Manual | https://gradespush.com/shop/game-physics-engine-development-how-to-build-a-robust-commercial-grade-physics-engine-for-your-game-1st-edition-millington-solutions-manual/ |
| Elsevier | 9781455777716 | Global Crime and Justice 1st Edition Jenks Solutions Manual | https://gradespush.com/shop/global-crime-and-justice-1st-edition-jenks-solutions-manual/ |
| Elsevier | 9780323357722 | Crime Prevention 9th Edition Lab Test Bank | https://gradespush.com/shop/crime-prevention-9th-lab-test-bank/ |
| Elsevier | 9780323554206 | Contemporary Nursing 8th Edition Cherry Test Bank | https://gradespush.com/shop/contemporary-nursing-8th-cherry-test-bank/ |
| Elsevier | 9780323497251 | Essentials of Oral Histology and Embryology 5th Edition Chiego Test Bank | https://gradespush.com/shop/essentials-oral-histology-embryology-5th-chiego-test-bank/ |
| Elsevier | 9780323101295 | Essentials of Oral Histology and Embryology 4th Edition Chiego Test Bank | https://gradespush.com/shop/essentials-oral-histology-embryology-4th-chiego-test-bank/ |
| Elsevier | 9780323550611 | Clayton's Basic Pharmacology for Nurses 18th Edition Willihnganz Test Bank | https://gradespush.com/shop/claytons-basic-pharmacology-nurses-18th-willihnganz-test-bank/ |
| Elsevier | 9780323311120 | Basic Pharmacology for Nurses 17th Edition Willihnganz Test Bank | https://gradespush.com/shop/basic-pharmacology-nurses-17th-willihnganz-test-bank/ |
| Elsevier | 9780323484367 | Foundations of Nursing 8th Edition Cooper Test Bank | https://gradespush.com/shop/foundations-nursing-8th-cooper-test-bank/ |
| Elsevier | 9780323100038 | Foundations of Nursing 7th Edition Cooper Test Bank | https://gradespush.com/shop/foundations-nursing-7th-cooper-test-bank/ |
| Elsevier | 9780323100021 | Adult Health Nursing 7th Edition Cooper Test Bank | https://gradespush.com/shop/adult-health-nursing-7th-cooper-test-bank/ |
| Elsevier | 9781437727364 | Health Information Technology 3rd Edition Davis Test Bank | https://gradespush.com/shop/health-information-technology-3rd-davis-test-bank/ |
| Elsevier | 9780323378116 | Foundations of Health Information Management 4th Edition Davis Test Bank | https://gradespush.com/shop/foundations-health-information-management-4th-davis-test-bank/ |
| Elsevier | 9780323553698 | Clinical Manifestations and Assessment of Respiratory Disease 8th Edition Jardins Test Bank | https://gradespush.com/shop/clinical-manifestations-assessment-respiratory-disease-8th-jardins-test-bank/ |

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Elsevier | 9780323244794 | Clinical Manifestations and Assessment of Respiratory Disease 7th Edition Jardins Test Bank | https://gradespush.com/shop/clinical-manifestations-assessment-respiratory-disease-7th-jardins-test-bank/ |
| Elsevier | 9780323416733 | Health Promotion Throughout the Life Span 9th Edition Edelman Test Bank | https://gradespush.com/shop/health-promotion-throughout-life-span-9th-edelman-test-bank/ |
| Elsevier | 9780323091411 | Health Promotion Throughout the Life Span 8th Edition Edelman Test Bank | https://gradespush.com/shop/health-promotion-throughout-life-span-8th-edelman-test-bank/ |
| Elsevier | 9780323353762 | Patient Care in Radiography 9th Edition Ehrlich Test Bank | https://gradespush.com/shop/patient-care-radiography-9th-ehrlich-test-bank/ |
| Macmillan | 9781464176050 | Behavioral Genetics 7th Edition Knopik Test Bank | https://gradespush.com/shop/test-bank-behavioral-genetics-7th-edition-knopik/ |
| Macmillan | 9781464109485 | Introduction to Genetic Analysis 11th Edition Griffiths Solutions Manual | https://gradespush.com/shop/solutions-introduction-genetic-analysis-11th-edition-griffiths/ |
| Macmillan | 9781464126130 | Biochemistry A Short Course 3rd Edition Tymoczko Test Bank | https://gradespush.com/shop/test-bank-biochemistry-short-course-3rd-edition-tymoczko/ |
| Macmillan | 9781464109485 | Introduction to Genetic Analysis 11th Edition Griffiths Test Bank | https://gradespush.com/shop/test-bank-introduction-genetic-analysis-11th-edition-griffiths/ |
| Macmillan | 9781464126109 | Biochemistry 8th Edition Berg Test Bank | https://gradespush.com/shop/test-bank-biochemistry-8th-edition-berg/ |
| Macmillan | 9781464188725 | Introduction to Geospatial Technologies 3rd Edition Shellito Test Bank | https://gradespush.com/shop/test-bank-introduction-geospatial-technologies-3rd-edition-shellito/ |
| Macmillan | 9781464126093 | Biology How Life Works 2nd Edition Morris Test Bank | https://gradespush.com/shop/test-bank-biology-how-life-works-2nd-edition-morris/ |
| Macmillan | 9780716771098 | Introduction to Probability 1st Edition Ward Solutions Manual | https://gradespush.com/shop/solutions-introduction-probability-1st-edition-ward/ |
| Macmillan | 9781319013387 | Introduction to the Practice of Statistics 9th Edition Moore Test Bank | https://gradespush.com/shop/test-bank-introduction-practice-statistics-9th-edition-moore/ |
| Macmillan | 9781464140853 | Investigating Astronomy 2nd Edition Slater Solutions Manual | https://gradespush.com/shop/solutions-investigating-astronomy-2nd-edition-slater/ |
| Macmillan | 9781464140853 | Investigating Astronomy 2nd Edition Slater Test Bank | https://gradespush.com/shop/test-bank-investigating-astronomy-2nd-edition-slater/ |
| Macmillan | 9781319015886 | Invitation to the Life Span 3rd Edition Berger Test Bank | https://gradespush.com/shop/test-bank-invitation-life-span-3rd-edition-berger/ |
| Macmillan | 9781429234146 | Lehninger Principles of Biochemistry 6th Edition Nelson Solutions Manual | https://gradespush.com/shop/solutions-lehninger-principles-biochemistry-6th-edition-nelson/ |
| Macmillan | 9781429234146 | Lehninger Principles of Biochemistry 6th Edition Nelson Test Bank | https://gradespush.com/shop/test-bank-lehninger-principles-biochemistry-6th-edition-nelson/ |
| Macmillan | 9781464126116 | Lehninger Principles of Biochemistry 7th Edition Nelson Solutions Manual | https://gradespush.com/shop/solutions-lehninger-principles-biochemistry-7th-edition-nelson/ |
| Macmillan | 9781464126116 | Lehninger Principles of Biochemistry 7th Edition Nelson Test Bank | https://gradespush.com/shop/test-bank-lehninger-principles-biochemistry-7th-edition-nelson/ |

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Macmillan | 9781464183959 | Chemical Principles The Quest for Insight 7th Edition Atkins Solutions Manual | https://gradespush.com/shop/solutions-chemical-principles-quest-insight-7th-edition-atkins/ |
| Macmillan | 9781464183959 | Chemical Principles The Quest for Insight 7th Edition Atkins Test Bank | https://gradespush.com/shop/test-bank-chemical-principles-quest-insight-7th-edition-atkins/ |
| Macmillan | 9781457668746 | Media and Culture 2016 Update Mass Communication in a Digital Age 10th Edition Campbell Test Bank | https://gradespush.com/shop/test-bank-media-culture-2016-update-mass-communication-digital-age-10th-edition-campbell/ |
| Macmillan | 9781319058517 | Media and Culture An Introduction to Mass Communication 11th Edition Campbell Solutions Manual | https://gradespush.com/shop/solutions-media-culture-introduction-mass-communication-11th-edition-campbell/ |
| McGraw Hill | 9781259709227 | Microbiology Fundamentals A Clinical Approach 3rd Edition Cowan Test Bank | https://gradespush.com/shop/microbiology-fundamentals-clinical-approach-3rd-cowan-test-bank/ |
| McGraw Hill | 9781260231700 | Inquiry Into Life 16th Edition Mader Test Bank | https://gradespush.com/shop/inquiry-into-life-16th-mader-test-bank/ |
| McGraw Hill | 9781260233032 | Human Biology 16th Edition Mader Test Bank | https://gradespush.com/shop/human-biology-16th-mader-test-bank/ |
| McGraw Hill | 9781260169614 | Biology 12th Edition Raven Test Bank | https://gradespush.com/shop/biology-12th-raven-test-bank/ |
| McGraw Hill | 9781260169621 | Biology 5th Edition Brooker Test Bank | https://gradespush.com/shop/biology-5th-brooker-test-bank/ |
| McGraw Hill | 9781259592416 | Understanding Biology 2nd Edition Mason Test Bank | https://gradespush.com/shop/understanding-biology-2nd-mason-test-bank/ |
| McGraw Hill | 9781260200720 | Biology Laboratory Manual 12th Edition Vodopich Test Bank | https://gradespush.com/shop/biology-laboratory-manual-12th-vodopich-test-bank/ |
| McGraw Hill | 9781260219234 | Essentials Of The Living World 6th Edition Johnson Test Bank | https://gradespush.com/shop/essentials-living-world-6th-johnson-test-bank/ |
| McGraw Hill | 9781259864568 | Holes Human Anatomy And Physiology 15th Edition Shier Test Bank | https://gradespush.com/shop/holes-human-anatomy-physiology-15th-shier-test-bank/ |
| McGraw Hill | 9781259824913 | Biology The Essentials 3rd Edition Hoefnagels Test Bank | https://gradespush.com/shop/biology-essentials-3rd-hoefnagels-test-bank/ |
| McGraw Hill | 9781259903885 | Vanders Human Physiology 15th Edition Widmaier Test Bank | https://gradespush.com/shop/vanders-human-physiology-15th-widmaier-test-bank/ |
| McGraw Hill | 9781260177671 | Inquiry Into Life Relevancy Update 15.1 15th Edition Mader Test Bank | https://gradespush.com/shop/inquiry-into-life-relevancy-update-15-1-15th-mader-test-bank/ |
| McGraw Hill | 9781259824906 | Biology 13th Edition Mader Test Bank | https://gradespush.com/shop/biology-13th-mader-test-bank/ |
| McGraw Hill | 9781259864629 | Human Physiology 15th Edition Fox Test Bank | https://gradespush.com/shop/human-physiology-15th-fox-test-bank/ |
| McGraw Hill | 9781259864643 | Seeleys Essentials Of Anatomy And Physiology 10th Edition Vanputte Test Bank | https://gradespush.com/shop/seeleys-essentials-anatomy-physiology-10th-vanputte-test-bank/ |
| McGraw Hill | 9780078024207 | Biology Concepts And Investigations 4th Edition Hoefnagels Test Bank | https://gradespush.com/shop/biology-concepts-investigations-4th-hoefnagels-test-bank/ |
| McGraw Hill | 9781259694042 | Living World 9th Edition Johnson Test Bank | https://gradespush.com/shop/living-world-9th-johnson-test-bank/ |
| McGraw Hill | 9781259875120 | Principles Of Biology 2nd Edition Brooker Test Bank | https://gradespush.com/shop/principles-biology-2nd-brooker-test-bank/ |

4

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| McGraw Hill | 9781259689796 | Human Biology 15th Edition Mader Test Bank | https://gradespush.com/shop/human-biology-15th-mader-test-bank/ |
| McGraw Hill | 9781259660269 | Essentials Of Biology 5th Edition Mader Test Bank | https://gradespush.com/shop/essentials-biology-5th-mader-test-bank/ |
| McGraw Hill | 9781259426162 | Inquiry Into Life 15th Edition Mader Test Bank | https://gradespush.com/shop/inquiry-into-life-15th-mader-test-bank/ |
| Pearson | 9780132397278 | Clinical Psychology A Modern Health Profession 1st Edition Linden Solutions Manual | https://gradespush.com/shop/clinical-psychology-a-modern-health-profession-1st-edition-linden-solutions-manual/ |
| Pearson | 9780132397278 | Clinical Psychology A Modern Health Profession 1st Edition Linden Test Bank | https://gradespush.com/shop/clinical-psychology-a-modern-health-profession-1st-edition-linden-test-bank/ |
| Pearson | 9780205867189 | Introduction to Christian Ethics 6th Edition Crook Solutions Manual | https://gradespush.com/shop/introduction-to-christian-ethics-6th-edition-crook-solutions-manual/ |
| Pearson | 9780205770212 | Communication in a Civil Society 1st Edition Lane Solutions Manual | https://gradespush.com/shop/communication-in-a-civil-society-1st-edition-lane-solutions-manual/ |
| Pearson | 9780205867189 | Introduction to Christian Ethics 6th Edition Crook Test Bank | https://gradespush.com/shop/introduction-to-christian-ethics-6th-edition-crook-test-bank/ |
| Pearson | 9780205770212 | Communication in a Civil Society 1st Edition Lane Test Bank | https://gradespush.com/shop/communication-in-a-civil-society-1st-edition-lane-test-bank/ |
| Pearson | 9780205504169 | Communication Law 1st Edition Caristi Test Bank | https://gradespush.com/shop/communication-law-1st-edition-caristi-test-bank/ |
| Pearson | 9780205831951 | Issues in Aging 3rd Edition Novak Solutions Manual | https://gradespush.com/shop/issues-in-aging-3rd-edition-novak-solutions-manual/ |
| Pearson | 9780205255627 | Community Psychology 5th Edition Duffy Solutions Manual | https://gradespush.com/shop/community-psychology-5th-edition-duffy-solutions-manual/ |
| Pearson | 9780205831951 | Issues in Aging 3rd Edition Novak Test Bank | https://gradespush.com/shop/issues-in-aging-3rd-edition-novak-test-bank/ |
| Pearson | 9780205792412 | Social Inequality and Social Stratification in U S Society 1st Edition Doob Solutions Manual | https://gradespush.com/shop/social-inequality-and-social-stratification-in-u-s-society-1st-edition-doob-solutions-manual/ |
| Pearson | 9780205792412 | Social Inequality and Social Stratification in U S Society 1st Edition Doob Test Bank | https://gradespush.com/shop/social-inequality-and-social-stratification-in-u-s-society-1st-edition-doob-test-bank/ |
| Pearson | 9780205064779 | Social Inequality Forms Causes and Consequences 8th Edition Hurst Test Bank | https://gradespush.com/shop/social-inequality-forms-causes-and-consequences-8th-edition-hurst-test-bank/ |
| Pearson | 9780205971459 | Social Science An Introduction to the Study of Society 15th Edition Hunt Solutions Manual | https://gradespush.com/shop/social-science-an-introduction-to-the-study-of-society-15th-edition-hunt-solutions-manual/ |
| Pearson | 9780205800919 | Sociology of Education A Systematic Analysis 7th Edition Ballantine Solutions Manual | https://gradespush.com/shop/sociology-of-education-a-systematic-analysis-7th-edition-ballantine-solutions-manual/ |
| Pearson | 9780205820382 | Law and Society 10th Edition Vago Solutions Manual | https://gradespush.com/shop/law-and-society-10th-edition-vago-solutions-manual/ |

**Attachment B**

| Publisher | ISBN | Title | Page_URL |
|---|---|---|---|
| Pearson | 9780205800919 | Sociology of Education A Systematic Analysis 7th Edition Ballantine Test Bank | https://gradespush.com/shop/sociology-of-education-a-systematic-analysis-7th-edition-ballantine-test-bank/ |
| Pearson | 9780205820382 | Law and Society 10th Edition Vago Test Bank | https://gradespush.com/shop/law-and-society-10th-edition-vago-test-bank/ |
| Pearson | 9780205913879 | Sociology of Mental Disorder 9th Edition Cockerham Test Bank | https://gradespush.com/shop/sociology-of-mental-disorder-9th-edition-cockerham-test-bank/ |
| Pearson | 9780205804979 | Program Evaluation Methods and Case Studies 8th Edition Posavac Test Bank | https://gradespush.com/shop/program-evaluation-methods-and-case-studies-8th-edition-posavac-test-bank/ |
| Pearson | 9780205735785 | Psychology and Systems at Work 1st Edition Lawson Test Bank | https://gradespush.com/shop/psychology-and-systems-at-work-1st-edition-lawson-test-bank/ |